**Gene Lewis MILLER, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 22309**

United States Court of Appeals
Ninth Circuit.

Sept. 11, 1968.

Harry D. Steward (argued), San Diego, Cal., for appellant.

Shelby Gott (argued) Asst. U. S. Atty., Edwin L. Miller, Jr., U. S. Atty., San Diego, Cal., for appellee.

Before BARNES and HAMLIN, Circuit Judges, and KILKENNY, District Judge.

PER CURIAM:

The above matter having been submitted after oral argument and the

court having examined the four grounds urged by appellant for reversal, and finding no merit in any of such grounds urged, and finding no evidence the trial of appellant was unfair, the judgment of conviction is affirmed.